### Roscoe CONKLIN v. STATE.
No. 17306.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

W. C. Boyd, of Denton, and A. Q. Mustain, of Aubrey, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### R. E. DEELEY v. STATE.
No. 17266.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Chandler & Chandler, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transportation of intoxicating liquor; punishment being one year in the penitentiary.

The count in the indictment under which appellant was convicted is fatally defective. See Offield v. State (Tex. Cr. App.) 75 S.W. (2d) 882; Haynie v. State (Tex. Cr. App.) 76 S.W.(2d) 133; Oliver v. State (Tex. Cr. App.) 76 S.W.(2d) 134.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

### Rabbitt HALE v. STATE.
No. 17264.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Chandler & Chandler, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transporting intoxicating liquor; punishment being two years in the penitentiary.

The indictment is fatally defective. See Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882; Haynie v. State (Tex. Cr. App.) 76 S.W. (2d) 133; Oliver v. State (Tex. Cr. App.) 76 S.W.(2d) 134.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.